NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LANDRY'S SEAFOOD HOUSE-
FLORIDA, INC.,

     Appellant,

v.                      Case No. 2D17-1139

CHESAPEAKE BAY HOLDING CO.,
INC., RICHARD CALDERONI, SIMON
CANASI, FRANK DE LA GRANA, and ST.
PETE IGUANA, INC.,

     Appellees.

_____

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Pamela A.M. Campbell, Judge.

Murray B. Silverstein, and Brian R.
Cummings of Greenspoon Marder, P.A.,
Tampa, for Appellant.

Kenneth G. Turkel, Shane B. Vogt, and
Anthony Severino, of Bajo, Cuva, Cohen &
Turkel, P.A., Tampa, and
David M. Caldevilla of de la Parte & Gilbert,
P.A., Tampa, for Appellees Simon Canasi
and Frank de la Grana.

PER CURIAM.

         Affirmed.

VILLANTI, CRENSHAW, and BADALAMENTI, JJ., Concur.